■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

JUAN DOMINGUEZ, Appellant. [610 NYS2d 477] —Judgment, Supreme Court, Bronx County (Richard Lee Price, J.), rendered January 6, 1992, convicting defendant, following a jury trial, of criminal possession of a controlled substance in the fourth degree and sentencing him to an indeterminate term of imprisonment of 2 to 6 years, unanimously affirmed.

The motion to suppress physical evidence was properly denied. The police officers' observation of defendant passing a silver tin foil packet, a suspicious act and a tell-tale sign of illicit drug activity, gave the officers a right to inquire based upon a founded suspicion that defendant might be engaged in criminal activity *(People v Jones,* 196 AD2d 788, *lv denied* 82 NY2d 897; *People v Leung,* 68 NY2d 734, 736). The abandonment of the packet and the flight of defendant and his companion, upon the officers' approach, rapidly escalated the encounter, justifying the pursuit and the arrest *(People v Leung, supra);* the search pursuant to arrest resulted in recovery of the drugs for which defendant was convicted. Concur—Rosenberger, J. P., Asch, Rubin, Williams and Tom, JJ.